UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-06813-RGK (SPx) | Date | November 3, 2011 |
| Title | EDWIN FIGUEROA v. MARSHALLS OF CA, LLC, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Sharon L. Williams | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** (IN CHAMBERS)  Order to Show Cause

The court, on its own motion, orders **Defendant Ross Dress for Less** to show cause **in writing** on or before **November 14, 2011** why the answer should not be stricken as untimely.  The proof of service filed at docket entry 4 indicates that the answer was due on or before October 10, 2011.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order To Show Cause will stand submitted upon the filing of defendant's response.

IT IS SO ORDERED.